707 A.2d 1143

George LUCEY

v.

WORKMEN'S COMPENSATION APPEAL BOARD (VY–CAL PLASTICS & PMA Group).

Petition of VY–CAL PLASTICS.

VY–CAL PLASTICS CORPORATION, Petitioner,

v.

WORKMEN'S COMPENSATION APPEAL BOARD (LUCEY), Respondent.

Supreme Court of Pennsylvania.

April 21, 1998.

Patricia A. Mattern, Philadelphia, John P. Myers, Vicksburg, MS, for petitioner.

## ORDER

PER CURIAM:

AND NOW this 21st day of April, 1998, the Petition for Allowance of Appeal is GRANTED, but LIMITED to the following issue:

Whether the Commonwealth Court erred in reversing the Board and WCJ's conclusion that petitioner was entitled to a $30,000 credit because of the negotiated settlement between respondent and a hospital over the payment of his medical expenses.

It is further ordered that petitioner's Petitioner for Supersedeas is DENIED.